IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02672-MSK-KMT

ERNEST D.B. RANDOLPH;
JEANNINE M. RANDOLPH; and
TRIANGLE T. TRUST, a revocable Trust dated 6 August 1991 and restated 24 September 2004,

       Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO W. OLINGER, INC. and also formerly known as THE OLINGER CORPORATION;
R.M. CRANE, E.B. CILL, and C.T. VLYNN, as the last acting members of the Board of Directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate;
STATE OF COLORADO;
THE UNITED STATES OF AMERICA, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION,

       Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court pursuant to FED. R. CIV. P. 16 and D.C.COLO.L.CivR 16.1 for setting of hearing.

**IT IS HEREBY ORDERED** that the parties shall appear on **February 25, 2009**, at **9:00 a.m.**, United States District Court for the District of Colorado, Courtroom A901, 901 19th Street, Alfred A. Arraj U.S. Courthouse, Denver, Colorado. It is,

**FURTHER ORDERED** that:

1. Parties shall appear by counsel, or if unrepresented appear in person;

2. At least **twenty-one (21)** days prior to the conference, counsel (or a *pro se* party) shall confer to discuss the matters identified in FED. R. CIV. P. 16(c). These include but are not limited to:

    a. Necessity of joinder of any party;
    b. Need for any amendments to pleadings;
    c. Whether resolution by summary judgment is likely;
    d. Discovery needs and scheduling;
    e. Prospects for settlement;
    f. Personal and subject matter jurisdictions;
    g. Identification of legal and factual issues;
    h. Length of trial;
    i. Referral of action to the Magistrate Judge; and
    j. Such other matters as any party considers conducive to the just, speedy, and inexpensive determination of this action.

3. At this hearing, counsel should be prepared to advise the Court as to what procedure should be used to best facilitate the just, speedy and inexpensive determination of this action.

DATED this 15th day of December, 2008.

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge