IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02672-MSK-KMT

ERNEST D.B. RANDOLPH;
JEANNINE M. RANDOLPH; and
TRIANGLE T. TRUST, a revocable Trust dated 6 August 1991 and restated 24 September 2004,

       Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO W. OLINGER, INC. and also formerly known as THE OLINGER CORPORATION;
R.M. CRANE, E.B. CILL, and C.T. VLYNN, as the last acting members of the Board of Directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate;
STATE OF COLORADO;
THE UNITED STATES OF AMERICA, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 17th day of December, 2008.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge