IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02672-MSK-KMT

ERNEST D.B. RANDOLPH;
JEANNINE M. RANDOLPH; and
TRIANGLE T. TRUST, a revocable Trust dated 6 August 1991 and restated 24 September 2004,

    Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO W. OLINGER, INC. and also formerly known as THE OLINGER CORPORATION;
R.M. CRANE, E.B. CILL, and C.T. VLYNN, as the last acting members of the Board of Directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate;
THE UNITED STATES OF AMERICA, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    THIS MATTER is before the Court on the Plaintiffs' Unopposed Motion to Dismiss Defendant State of Colorado With Prejudice (Motion) **(#32)** filed January 28, 2009. The Court having read the Motion filed herein, and now being fully advised in the premises,

    **IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims against the State of Colorado are hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. The caption shall so reflect on all further pleadings.

    DATED this 28th day of January, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge