IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02672-MSK-KMT

ERNEST D.B. RANDOLPH;
JEANNINE M. RANDOLPH; and
TRIANGLE T. TRUST, a revocable Trust dated 6 August 1991 and restated 24 September 2004,

        Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO W. OLINGER, INC. and also formerly known as THE OLINGER CORPORATION;
R.M. CRANE, E.B. CILL, and C.T. VLYNN, as the last acting members of the Board of Directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate;
STATE OF COLORADO;
THE UNITED STATES OF AMERICA, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION,

        Defendants.

_____

**ORDER GRANTING FIRST MOTION TO REMAND TO STATE COURT**
_____

THIS MATTER comes before the Court upon a Motion docketed as the First Motion to Remand to State Court (Motion) **(#36)** filed on February 2, 2009. The Court notes that the attached pleading to docket entry #36 is entitled "Plaintiffs' Unopposed Motion to Remand to State Court." However, because of the docket event chosen[1], the Court has applied D.C.Colo.L.Civ.R. 7.1.C and has, therefore, held the motion for a response. No response having

---

[1] Pursuant to D.C.Colo.ECF V.J.1. the filer is responsible for designating an appropriate docket entry title by using one of the docket event categories prescribed by the Court.

been filed.

      **IT IS ORDERED** that the Motion is **GRANTED** and this action is **REMANDED** to the Jefferson County District Court.

      DATED this 23rd day of February, 2009.

                                           **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge